*McCarthy & Holthus, LLP*
*Cole Patton SBN 24037247 || SDTX No. 605717*
*Yoshie Valadez SBN 24091142 || SDTX No. 2979491*
*Nancy Lee SBN 272035 (CA) || SDTX No. 293433*
*MHTbankruptcy@mccarthyholthus.com*
*1255 West 15th Street Suite 1060 Plano, TX 75075*
*Phone: (214) 291-3800*
*Fax:  (214) 291-3801*
*ATTORNEYS FOR CREDITOR*
*TX-23-24739*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **BRIAN MANUEL** | § | **CASE NO.: 23-32074** |
| DEBTOR(S) | § | |
| | § | **CHAPTER 13** |
| | § | |

**NOTICE OF APPEARANCE**

COMES NOW, Yoshie Valadez, of the Law Firm of McCarthy & Holthus, LLP, and hereby gives Notice of Appearance in this cause as Counsel for Creditor, loanDepot.com, LLC, its assignees and/or successors.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

DATED**:**  6/14/2023

      Respectfully Submitted,

      M<small>C</small>C<small>ARTHY</small> & H<small>OLTHUS</small>, LLP

      */s/  Yoshie Valadez*
      Cole Patton SBN 24037247 || SDTX No. 605717
      Yoshie Valadez SBN 24091142 || SDTX No. 2979491
      Nancy Lee SBN 272035 (CA) || SDTX No. 293433
      MHTbankruptcy@mccarthyholthus.com
      1255 West 15th Street Suite 1060 Plano, TX 75075
      Phone: (214) 291-3800
      Fax: (214) 291-3801
      Atty File No.: TX-23-24739
      ATTORNEYS FOR CREDITOR

## CERTIFICATE OF SERVICE

  I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served on all parties listed below by U.S. Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the Court on 6/14/2023.

By U.S. Mail:

Brian Manuel
20010 Texas Laurel Trl
Humble, TX 77346

Electronically through the Court's ECF System:

TRUSTEE
William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway Ste 590
Houston, TX 77024

U.S. TRUSTEE
US Trustee
515 Rusk Ave
Suite 3516
HOUSTON, TX 77002

         McCarthy & Holthus, LLP

         */s/ Yoshie Valadez*
         Yoshie Valadez
         Atty file no.: TX-23-24739